IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICKY EDWARD DOTSON,  )
                     )
        Plaintiff,   )
                     )  Civil No. 05-6004-TC
    v.               )
                     )  ORDER
LANE COUNTY DISTRICT )
ATTORNEY'S OFFICE, et al., )
                     )
        Defendants.  )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on May 20, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendants' motion to dismiss (#4) is allowed. Plaintiff's federal claims against all defendants are dismissed with prejudice. Plaintiff's ancillary or supplemental state law claims are denied without prejudice. This action is dismissed.

IT IS SO ORDERED.

DATED this 6th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE